UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCENDREE,<br><br>        Plaintiff,<br><br>      v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>        Defendant. | No.  2:10-cv-1079-MCE-JFM<br><br>**ORDER CONTINUING TRIAL** |

      YOU ARE HEREBY NOTIFIED the Jury trial is vacated and continued to **July 21, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **May 15, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

      Accordingly, the November 14, 2013 Final Pretrial Conference is vacated and continued to **May 29, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **May 8, 2014** and shall comply with the procedures outlined in the Court's July 28, 2010 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

      Any evidentiary or procedural motions are to be filed by **May 8, 2014**.  Oppositions must be filed by **May 15, 2014** and any reply must be filed by **May 22, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial

1

Conference.

    IT IS SO ORDERED.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE