UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEAN MCENDREE,                          No. 2:10-cv-01079-MCE-DAD

      Plaintiff,

  v.                                    ORDER CONTINUING TRIAL

RASH CURTIS & ASSOCIATES,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the July 21, 2014 jury trial is vacated and continued to **September 29, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **July 24, 2014.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 29, 2014 Final Pretrial Conference is vacated and continued to **August 7, 2014,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **July 14, 2014** and shall comply with the procedures outlined in the Court's  Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **July 14, 2014.** Oppositions must be filed by **July 24, 2014** and any reply must be filed by **July 31, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: March 5, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE