U

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SEAN MCENDREE,** | ) | Case No. 2:10-cv-01079-MCE-DAD |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **RASH CURTIS & ASSOCIATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for filing dispositional documents in this matter is hereby continued for a period of forty-five (45) days, from March 13, 2015 to April 27, 2015.

IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order to Extend Disposition Date - 1