# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN MCENDREE,** | ) Case No. 2:10-cv-01079-MCE-DAD |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **RASH CURTIS & ASSOCIATES,** | ) |
| Defendant. | ) |

    Pursuant to the Stipulation of the parties filed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Order to Dismiss - 1